503 P.2d 957

STATE of Arizona, Appellee,

v.

Steven CARUTHERS, Appellant.

No. 2297–2.

Supreme Court of Arizona.

Dec. 20, 1972.

Ordered: Vacating the opinion heretofore issued in this case, 108 Ariz. 265, 495 P.2d 1319.

Further ordered: Remanding the case to the presiding judge of Yuma County for appointment of counsel on appeal.

Further ordered: Granting the appellant 60 days from the date of appointment of counsel in which to file either a supplemental brief or opening brief on appeal.